# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>KATHLEEN MARY HARRIS<br>A/K/A KATHLEEN MARY BERGMANN<br>F/K/A KATHLEEN BERGMANN<br>A/K/A KATHLEEN MARY BERGMANN-HARRIS<br>Debtors<br><br>LSF9 MASTER PARTICIPATION TRUST<br>Movant<br>v.<br>KATHLEEN MARY HARRIS<br>A/K/A KATHLEEN MARY BERGMANN<br>F/K/A KATHLEEN BERGMANN<br>A/K/A KATHLEEN MARY BERGMANN-HARRIS<br>DOUGLAS B. HARRIS (NON-FILING CO-MORTGAGOR)<br>Respondents | BK. No. 14-17723 ELF<br><br>Chapter No. 13<br><br>11 U.S.C. §362 and §1301 |

## ORDER GRANTING RELIEF FROM THE STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION

AND NOW, upon consideration of the Debtor's Motion to Approve Mortgage Loan Modification ("the Motion") between the Debtor and LSF9 MASTER PARTICIPATION TRUST ("the Lender")(Doc. #), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and consummation of the transaction **SHALL NOT CONSTITUTE** a violation of the automatic stay, 11 U.S.C. §362(a).

3. If the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, **THE TRUSTEE SHALL MAKE NO FURTHER DISTRIBUTION TO THE LENDER** on account of the Lender's claim for pre-petition arrears.

4. In all other respects, the confirmed plan remains **IN FULL FORCE AND EFFECT** and **THE TRUSTEE MAY DISTRIBUTE THE PLAN PAYMENTS ON ACCOUNT OF THE OTHER ALLOWED CLAIMS** as provided in the plan.

**Order entered by default.**

Date: 6/28/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**