United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kathleen Mary Harris  
    Debtor

Case No. 14-17723-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 2     Date Rcvd: Dec 05, 2019  
                    Form ID: 138NEW     Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.

```
db             +Kathleen Mary Harris,    3413 Tuscany Drive,    Philadelphia, PA 19145-5729
13393415        American Express,    PO Box 1270,    Newark, NJ 07101-1270
13393414       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
13393416       +American Express Blue,    P. O. Box 981537,    El Paso, TX 79998-1537
13470132        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13393417       +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
13426642        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13397298        Bank of America, N.A.,    c/o SHERRI J. BRAUNSTEIN,    Udren Law Offices, P.C.,
                 111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
13393422      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
13393433      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Sunoco,    P. O. Box 689155,    Des Moines, IA 50368)
13393420       +Cap1/saks,    Po Box 10327,    Jackson, MS 39289-0327
13393421       +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
13406593       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13393426       +Dsnb Macys,    Po Box 17759,    Clearwater, FL 33762-0759
13393427       +Fed Loan,    P. O. Box 530210,    Atlanta, GA 30353-0210
13542317       +LSF9 Master Participation Trust,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13393430       +Macys,    P. O. Box 183083,    Columbus, OH 43218-3083
13393431       +Matercard,    P. O. Box 13337,    Philadelphia, PA 19101-3337
13393432      ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
                 (address filed with court: Nationwide Bank,    1 Nationwide Plz,    Columbus, OH 43215)
13417267       +Nationwide,    PO Box 23356,    Pittsburgh, PA 15222-6356
13393435       +Visa-Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
13393436       +Wells Fargo,    P O Box 14411,    Des Moines, IA 50306-3411
13393437       +Wells Fargo,    P. O. Box 6412,    Carol Stream, IL 60197-6412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Dec 06 2019 03:16:38     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2019 03:16:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 06 2019 03:16:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2019 03:24:19     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13468037        E-mail/Text: megan.harper@phila.gov Dec 06 2019 03:16:37     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13393419       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 06 2019 03:24:06     Cap1/neimn,
                 Po Box 5253,    Carol Stream, IL 60197-5253
13474458       +E-mail/Text: bnc@bass-associates.com Dec 06 2019 03:16:07     Cavalry Spv I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13393424       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 06 2019 03:16:14     Comenity Bank/Ann Taylor,
                 Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
13393425       +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2019 03:24:07     Dicks- GECRB/DSG,
                 P. O. Box 530916,    Atlanta, GA 30353-0916
13393428       +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2019 03:24:06     GECRB/Banana Republic,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13393429       +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2019 03:24:19     GECRB/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13463378        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2019 03:34:52
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13443886        E-mail/Text: bnc-quantum@quantum3group.com Dec 06 2019 03:16:15
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13401406        E-mail/PDF: rmscedi@recoverycorp.com Dec 06 2019 03:23:54
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13393434       +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2019 03:24:07     Syncb/gap,    Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                             TOTAL: 15
```

```
District/off: 0313-2          User: dlv              Page 2 of 2                   Date Rcvd: Dec 05, 2019
                              Form ID: 138NEW        Total Noticed: 38
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13393418        Cap1/bstby
13470133*       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13393423     ##+Clarifi,   1608 Walnut Street, 10th Floor,   Philadelphia, PA 19103-5451
                                                                                          TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2019 at the address(es) listed below:
              CLAIR M. STEWART    on behalf of Debtor Kathleen Mary Harris clairstewart@cstewartlaw.com,
               clairstewartecfmail@gmail.com
              JEROME B. BLANK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Bank of America, N.A. jkishbaugh@udren.com,
               vbarber@udren.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Synchrony Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Debtor Kathleen Mary Harris bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Trustee WILLIAM C. MILLER, Esq. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of U.S. Trustee    United States Trustee bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              NATHALIE PAUL    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home Loans,
               Inc., solely in its capacity as servicer npaul@weltman.com,    PitEcf@weltman.com
              SHERRI J. SMITH    on behalf of Creditor    Bank of America, N.A.
               sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kathleen Mary Harris
       Debtor(s)　　　　　　　　　　　　　　　　　Bankruptcy No: 14–17723–elf
　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

               900 Market Street
               Suite 400
               Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                For The Court
                                        Timothy B. McGrath
                                        Clerk of Court

Dated: 12/5/19

                                                            54 – 52
                                                         Form 138_new