United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kathleen Mary Harris  
　　Debtor

Case No. 14-17723-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: dlv　　Page 1 of 1　　Date Rcvd: Dec 05, 2019  
　　　　　　　　　　　Form ID: 212　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.  
db　　　　+Kathleen Mary Harris,　3413 Tuscany Drive,　Philadelphia, PA 19145-5729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:

　　CLAIR M. STEWART　　on behalf of Debtor Kathleen Mary Harris clairstewart@cstewartlaw.com, clairstewartecfmail@gmail.com  
　　JEROME B. BLANK　　on behalf of Creditor   LSF9 Master Participation Trust paeb@fedphe.com  
　　JOHN ERIC KISHBAUGH　　on behalf of Creditor   Bank of America, N.A. jkishbaugh@udren.com, vbarber@udren.com  
　　JOSEPH ANGEO DESSOYE　　on behalf of Creditor   LSF9 Master Participation Trust paeb@fedphe.com  
　　JOSHUA ISAAC GOLDMAN　　on behalf of Debtor Kathleen Mary Harris bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　JOSHUA ISAAC GOLDMAN　　on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　JOSHUA ISAAC GOLDMAN　　on behalf of Trustee WILLIAM C. MILLER, Esq. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　JOSHUA ISAAC GOLDMAN　　on behalf of U.S. Trustee   United States Trustee bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　JOSHUA ISAAC GOLDMAN　　on behalf of Creditor   Synchrony Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　NATHALIE PAUL　　on behalf of Creditor   LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer npaul@weltman.com,  PitEcf@weltman.com  
　　SHERRI J. SMITH　　on behalf of Creditor   Bank of America, N.A. sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com  
　　THOMAS I. PULEO　　on behalf of Creditor   Bank of America, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
　　WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                Chapter: 13

      Kathleen Mary Harris

Debtor(s)                                                         Case No: 14–17723–elf

___

## *ORDER*

AND NOW, 12/5/19 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☒ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                        For The Court

                                                                        Eric L. Frank

                                                                        Judge ,United States Bankruptcy Court