United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-17723-elf
Kathleen Mary Harris                                            Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: admin              Page 1 of 2            Date Rcvd: Dec 27, 2019
                               Form ID: 3180W           Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2019.
```
db              +Kathleen Mary Harris,    3413 Tuscany Drive,    Philadelphia, PA 19145-5729
13542317        +LSF9 Master Participation Trust,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                  Oklahoma City, OK 73134-2500
13417267        +Nationwide,    PO Box 23356,    Pittsburgh, PA 15222-6356
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Dec 28 2019 02:35:51      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 28 2019 02:35:24
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 28 2019 02:35:44     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13470132         EDI: BECKLEE.COM Dec 28 2019 07:28:00      American Express Centurion Bank,
                  c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13468037         E-mail/Text: megan.harper@phila.gov Dec 28 2019 02:35:51      City of Philadelphia,
                  Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
13474458        +EDI: BASSASSOC.COM Dec 28 2019 07:28:00      Cavalry Spv I, LLC,    c/o Bass & Associates, P.C.,
                  3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13406593        +EDI: TSYS2.COM Dec 28 2019 07:28:00      Department Stores National Bank/Macys,
                  Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
13463378         EDI: PRA.COM Dec 28 2019 07:28:00      Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk VA 23541
13443886         EDI: Q3G.COM Dec 28 2019 07:28:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13470133*        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2019 at the address(es) listed below:
```
              CLAIR M. STEWART    on behalf of Debtor Kathleen Mary Harris clairstewart@cstewartlaw.com,
               clairstewartecfmail@gmail.com
              JEROME B. BLANK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Bank of America, N.A. jkishbaugh@udren.com,
               vbarber@udren.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Synchrony Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Debtor Kathleen Mary Harris bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Trustee WILLIAM C. MILLER, Esq. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of U.S. Trustee    United States Trustee bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2           User: admin              Page 2 of 2             Date Rcvd: Dec 27, 2019
                               Form ID: 3180W           Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      NATHALIE PAUL    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer npaul@weltman.com, PitEcf@weltman.com
      SHERRI J. SMITH    on behalf of Creditor    Bank of America, N.A. sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
      THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

      TOTAL: 14

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Kathleen Mary Harris** | Social Security number or ITIN    **xxx–xx–1060** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **14–17723–elf** | |

# Order of Discharge                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

     Kathleen Mary Harris
     aka Kathleen Mary Bergmann, aka Kathleen Mary
     Bergmann–Harris, fka Kathleen Bergmann

12/26/19                                   **By the court:**     Eric L. Frank
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                                          **For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**