United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kathleen Mary Harris  
    Debtor

Case No. 14-17723-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jan 14, 2020  
                  Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2020.  
db          +Kathleen Mary Harris,    3413 Tuscany Drive,    Philadelphia, PA 19145-5729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:

        CLAIR M. STEWART    on behalf of Debtor Kathleen Mary Harris clairstewart@cstewartlaw.com, clairstewartecfmail@gmail.com  
        JEROME B. BLANK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com  
        JOHN ERIC KISHBAUGH    on behalf of Creditor    Bank of America, N.A. jkishbaugh@udren.com, vbarber@udren.com  
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Debtor Kathleen Mary Harris bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Trustee WILLIAM C. MILLER, Esq. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN    on behalf of U.S. Trustee    United States Trustee bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Synchrony Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        NATHALIE PAUL    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer npaul@weltman.com, PitEcf@weltman.com  
        SHERRI J. SMITH    on behalf of Creditor    Bank of America, N.A. sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com  
        THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                            TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Kathleen Mary Harris : Case No. 14–17723–elf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , January 14, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

60
Form 195